UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                          :
IKON OFFICE SOLUTIONS, INC.,              :
                                          :
                    Plaintiff,            :
                                          :   09 Cv. 97 (BSJ)
              v.                          :   **Order**
                                          :
KIMBERLY BRYCE and COPY CORE OF           :
NEW YORK, LLC.,                           :
                                          :
                    Defendant.            :
------------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

All parties, including Plaintiff, are directed to appear at a conference regarding a request to withdraw as defense counsel by Steven Locke, Esq. The conference will commence on November 5, 2009 at 2:30 p.m. in Courtroom 17C at 500 Pearl Street, New York, New York, 10007.

SO ORDERED:

*/s/ Barbara S. Jones*
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         October 28, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/09

1